NADIA FARAH (SBN 154599)
LAW OFFICES OF NADIA FARAH
39159 PASEO PADRE PKWY #211
FREMONT, CA 94538
TEL: (510) 494-8156

Counsel for Petitioner
ABDUL RASOOL HAMIDI



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL RASOOL HAMIDI | Civil Action No.: |
| Petitioner | Agency No.: A27 386 147 |
| v. | CV 08 2839 |
| Michael CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security; MICHAEL B. MUKASEY, in His Official Capacity, Acting Attorney General, U.S. Department Of Justice; David N. STILL, in his Official Capacity, District Director, United States Citizenship and Immigration Services; Emelio GONZALEZ, in his Official Capacity, Director, Bureau of Citizenship and Immigration Services | DECLARATION OF ABDUL RASOOL HAMIDI IN SUPPORT OF WRIT OF MANDAMUS |
| Defendants | |

DECLARATION OF ABDUL RASOOL HAMIDI:

1) I am a native and citizen of Afghanistan. I became a legal permanent resident on January 21, 1986. (Please see Exhibit "A"). At that time I was told that four years and nine months later, I was eligible to apply for naturalization.

2) On September 23, 2005, I filed an application for naturalization with the U.S. Citizenship and Immigration Services because I desired to participate in the democratic process of the United States. ( Please see Exhibit "B")

1

3) I was interviewed on April 3, 2006 ( please see Exhibit "C") At that time I was told that I had passed my English and History tests, that additional documentation had to be submitted within 30 days and also that the background name check had not been completed on my file.

4) I was told after they receive the documents, the only remaining process was to get a name check clearance and once that is done, I will be notified of the time for attending the oath ceremony.

5) Since May 2006, when all documents had been submitted, I have inquired numerous times with USCIS and to-date, I have not received notice of the completion of the process.

6) In February 2007, I submitted a letter to Congressman Pete Stark asking for his assistance in following up on my citizenship case.

7) I received two correspondence from him, dated March 5, 2007 and March 8, 2007, in which he informed me that my case was pending the background check. ( Please see attached Exhibit "D")

8) Approximately five months ago, I made an appointment with USCIS through their INFOPASS system to obtain information about my case and was told that it was pending background check.

9) I have lost many opportunities socially and within my family. The background check has now even prevented me from traveling outside the United States easily.

10) I have not had the protection of U.S. citizenship and have been deprived of traveling to many countries.

11) Recently, during my trip to Afghanistan, I became married, but unfortunately due to the fact that I am not a citizen of the United States, she cannot come live with me, since USCIS is now processing cases filed in 2003. My wife will have to wait at least five years before she can come join me in the United States.

12) I have a misdemeanor battery conviction which occurred in 1994 and since then I have not been convicted of any crime. I am not in violation of the law or any matter that would delay my name check.

13) I was unable to participate in the 2006 voting process, guaranteed by the bill of rights and I believe I will not be able to participate in the Election process this year (2008).

14) I wish to be a citizen of the United States.

Executed this 30th day of May 2008 at Fremont, California.

_____
ABDUL RASOOL HAMIDI, DECLARANT

## PROOF OF SERVICE

On this day, June 5, 2008, I served copies of the foregoing: DECLARATION OF ABDUL RASOOL HAMID IN SUPPORT OF WRIT OF MANDAMUS on the following in the manner indicated:

| | |
|---|---|
| United States Attorney<br>United States Attorney's Office<br>Civil Division, Immigration Unit<br>450 Golden Gate Avenue, 11th floor<br>San Francisco, CA 94102 | Via Certified Mail |
| David N. Still<br>District Director<br>U.S. Citizenship and Immigration Services<br>San Francisco District Office<br>630 Sansome Street<br>San Francisco, Ca 94111 | Via Certified Mail |
| Emelio T. Gonzalez<br>Director<br>U.S. Citizenship and Immigration Services<br>U.S. Department of Homeland Security<br>20 Massachusetts Avenue, N.W.<br>Washington, D.C. 20529 | Via Certified Mail |
| Michael Chertoff<br>Secretary of Department of Homeland Security<br>U.S. Department of Homeland Security<br>20 Massachusetts Avenue, N.W.<br>Washington, D.C. 20529 | Via Certified Mail |
| Michael B. Mukasey, Attorney General<br>Attorney General, U.S. Department of Justice<br>Department of Justice, Room B-103<br>950 Pennsylvania Avenue<br>Washington, D.C. 20530-0001 | Via Certified Mail |

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

June 5, 2008
Fremont, California

*/s/ Nadia Farah*

# EXHIBIT "A"





# EXHIBIT "B"

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt with Exception | | | NOTICE DATE<br>October 17, 2005 |
|---|---|---|---|
| CASE TYPE<br>N400   Application For Naturalization | | | INS A#<br>A 027 386 147 |
| APPLICATION NUMBER<br>WSC*001389449 | RECEIVED DATE<br>September 23, 2005 | PRIORITY DATE<br>September 23, 2005 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
ABDUL RASOOL HAMIDI
330 N CIVIC DR 406
WALNUT CREEK CA 94596

PAYMENT INFORMATION:

Single Application Fee:      $390.00
Total Amount Received:       $390.00
Total Balance Due:             $0.00

The above application has been received by our office and is in process, but has been noted with one or more of the following exception(s):

Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence(s) by mail.

Our records indicate your personal information is as follows:
Date of Birth:            July 03, 1954
Address Where You Live:   330 N CIVIC DR 406
                          WALNUT CREEK CA 94596

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 460 days of this notice.

**IMPORTANT NOTICE:** All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

WSC$001491281



# EXHIBIT "C"

Department of Homeland Security
U.S. Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#: A027386147

On ___APR -3 2008___, you were interviewed by USCIS officer _RUK_

☒ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☒ Please follow the intructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturlaization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) _____ A decision cannot yet be made about your application.

It is very important that you:

☒ Notify USCIS if you change your address

☒ Come to any scheduled interview.

☒ Submit all requested documents.

☒ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

☒ Go to any Oath Ceremony that you are scheduled to attend.

☒ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

Form N-652 (Rev. 01/14/05)N

# EXHIBIT "D"

FORTNEY PETE STARK
13TH DISTRICT, CALIFORNIA

COMMITTEE ON
WAYS AND MEANS

JOINT COMMITTEE
ON TAXATION

WWW.HOUSE.GOV/STARK

**CONGRESS OF THE UNITED STATES**
HOUSE OF REPRESENTATIVES
WASHINGTON, DC 20515

239 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-5065

39300 CIVIC CENTER DRIVE, SUITE 220
FREMONT, CA 94538
(510) 494-1388

PETEMAIL@MAIL.HOUSE.GOV

March 8, 2007

Abdul Rasool Hamidi
34539 Heathrow Terrace
Fremont, CA 94555

Dear Mr. Hamidi:                  Ref: WASC*001389449

In reply to my inquiry on your behalf, the Citizenship and Immigration Services has informed me that your case is pending resolution of the background check. A final decision cannot be made on any application until all national security checks are complete. Various authorities in Washington DC are involved and there is no estimated processing time for completion of this action.

I understand that this may be discouraging, but processing cannot resume until all security clearances have been resolved. If you have not received correspondence from CIS by August, please contact my district office and I will make a follow-up inquiry.

Sincerely,

Pete Stark
Member of Congress

FHS/iai

7753617076

**FORTNEY PETE STARK**
13TH DISTRICT, CALIFORNIA

COMMITTEE ON
WAYS AND MEANS

JOINT COMMITTEE
ON TAXATION

WWW.HOUSE.GOV/STARK

## CONGRESS OF THE UNITED STATES
### HOUSE OF REPRESENTATIVES
WASHINGTON, DC 20515

239 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-5065

39300 CIVIC CENTER DRIVE, SUITE 220
FREMONT, CA 94538
(510) 494-1388

PETEMAIL@MAIL.HOUSE.GOV

March 5, 2007

Abdul Rasool Hamidi
34539 Heathrow Terrace
Fremont, CA 94555

Dear Mr. Hamidi:                 Ref: WASC*001389449

Thank you for contacting me for assistance.

I have given the information you provided to the appropriate authority. They are aware of my interest in the case, and I'll let you know as soon as I receive a reply. If I have not received a response after thirty (30) days, I will make a follow-up inquiry on your behalf.

Sincerely,

Pete Stark
Member of Congress

FHS/cam

# EXHIBIT "E"



Home  Contact Us  Site Map  FAQ

Search 
Advanced Search

Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resources | Press Room

Print This Page | Back

# U.S. Citizenship and Immigration Services
## San Francisco CA Processing Dates
## Posted May 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 13-15 months to process.

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

District Office Processing Dates for **San Francisco CA** Posted May 15, 2008

| Form | Form Name | Processing Timeframe: |
|---|---|---|
| I-131 | Application for Travel Documents | February 15, 2008 |
| I-485 | Application to Register Permanent Residence or Adjust Status | October 02, 2007 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | September 03, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | September 03, 2007 |
| I-765 | Application for Employment Authorization | October 15, 2006 |
| N-400 | Application for Naturalization | July 06, 2007 |
| N-600 | Application for Certification of Citizenship | November 17, 2007 |

Print This Page | Back

06-04-2008 05:40 PM EDT