JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDUL RASOOL HAMIDI, | ) |
|     Plaintiff, | ) No. C 08-2839 PJH |
| v. | ) |
| MICHAEL CHERTOFF, in his Official Capacity, Secretary, United States Department of Homeland Security; MICHAEL B. MUKASEY, in his Official Capacity, Attorney General, U.S. Department of Justice; DAVID N. STILL, in his Official Capacity, District Director, United States Citizenship and Immigration Service; EMILIO T. GONZALEZ, in his Official Capacity, Director, Bureau of Citizenship and Immigration Services, | ) **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
|     Defendants. | ) |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

////

Stipulation to Dismiss
C08-2839 PJH                                              1

Each of the parties shall bear their own costs and fees.

Dated: August 5, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: August 5, 2008                    _____/s/_____
NADIA FARAH
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
PHYLLIS J. HAMILTON
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C08-2839 PJH                             2