1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  ABDUL RASOOL HAMIDI,                    )
                                            )
13            Plaintiff,                    )  No. C 08-2839 PJH
                                            )
14       v.                                 )
                                            )  **STIPULATION TO DISMISS; AND**
15  MICHAEL CHERTOFF, in his Official       )  **[PROPOSED] ORDER**
    Capacity, Secretary, United States Department )
16  of Homeland Security;                   )
    MICHAEL B. MUKASEY, in his Official     )
17  Capacity, Attorney General, U.S. Department )
    of Justice;                             )
18  DAVID N. STILL, in his Official Capacity, )
    District Director, United States Citizenship )
19  and Immigration Service;                )
    EMILIO T. GONZALEZ, in his Official Capacity,)
20  Director, Bureau of Citizenship and Immigration )
    Services,                               )
21                                          )
              Defendants.                   )
22  _____)

23       Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

24  of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-entitled

25  action without prejudice in light of the fact that the United States Citizenship and Immigration

26  Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

27  within 30 days of the dismissal of this action.

28  ////

Stipulation to Dismiss
C08-2839 PJH                            1

1    Each of the parties shall bear their own costs and fees.

2  Dated: August 5, 2008                          Respectfully submitted,

3                                                  JOSEPH P. RUSSONIELLO
                                                   United States Attorney
4

5                                                          /s/
                                                   _____
                                                   ILA C. DEISS[1]
6                                                  Assistant United States Attorney
                                                   Attorneys for Defendants
7

8

9  Dated: August 5, 2008                          _____/s/_____
                                                   NADIA FARAH
10                                                 Attorney for Plaintiff

11

12

                                       **ORDER**
13

         Pursuant to stipulation, IT IS SO ORDERED.
14

15

16  Date:  8/7/08
                                                   IT IS SO ORDERED
17                                        PHY
                                          Unite                   Judge Phyllis J. Hamilton

18

19

20

21

22

23

24

25

26    _____

27        [1]I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures
      indicated by a "conformed" signature (/S/) within this efiled document.
28

   Stipulation to Dismiss
   C08-2839 PJH                                        2